**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 06-8068**

-----

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY SPENCER, JR.,

Defendant - Appellant.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Fox, Senior District Judge.  (2:05-cr-00021-F; 2:06-cv-42-F)

-----

Submitted:  June 21, 2007          Decided:  June 26, 2007

-----

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Jimmy Spencer, Jr., Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Spencer, Jr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Spencer has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -